NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOLTSTAR TECHNOLOGIES, INC., FKA HORIZON TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

---

2014-1772

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:13-cv-05570, Judge John Z. Lee.

---

**JUDGMENT**

---

JOEL B. ROTHMAN, Schneider Rothman IP Law Group, Boca Raton, FL, argued for plaintiff-appellant. Also represented by JEROLD I. SCHNEIDER.

BRADFORD PETER LYERLA, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee. Also represented by JOSHUA SEGAL, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (Before PROST, *Chief Judge,* LOURIE, *Circuit Judge,* and GILSTRAP, *District Judge.*[*]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court

---

[*]    Honorable Rodney Gilstrap, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.